UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
300 NORTH HOGAN STREET SUITE 3–350
JACKSONVILLE, FLORIDA 32202
(904)301–6490

July 10, 2007

GAIL BAKER
DEPUTY–IN–CHARGE

Sears Roebuck & Co.
c/o Douglas Johnson
4849 Greenville Avenue
Suite 1000
Dallas, TX 75206

In re: Bonnie Louise Lutz                                  Case No. 3:03–bk–05987–JAF
                                                           Chapter 7

    The Unclaimed Funds document filed by you is deficient for the reason noted and can not be processed until the deficiency is cured.

    Document: Petition to Claim Unclaimed Funds

    A personal representative of the claimant must file an original Power of Attorney with the motion. In the case of a corporation, a corporate power of attorney which is signed by an officer of the corporation, with a corporate seal and a statement of the signing officer's authority, as well as documents which establish the chain of ownership of the original corporate claimant.

    An Original Statement of the Signing Officer's Authority and an Original Power of Attorney which includes the Corporate Seal

Lee Ann Bennett, Clerk of Court
300 North Hogan Street Suite 3–350
Jacksonville, FL 32202

Copies furnished to:
Interested Parties