UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

F I L E D
JACKSONVILLE, FLORIDA

MAY 1 2 2008

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re

Bonnie Louise Lutz

Debtor.

Bankruptcy Case 03-05987-3

Chapter 7

## APPLICATION TO WITHDRAW PETITION FOR UNCLAIMED FUNDS

I, the undersigned petitioner, under penalty of perjury under the laws of the United States of America, declare (or certify, verify or state) that the following statements and information are true and correct to the best of my knowledge and belief:

1. I am the Managing Member of Dilks & Knopik, LLC.

2. Dilks & Knopik, LLC is a "funds locator" and is the Attorney-in-fact for Sears, Roebuck and Co. and, on 6/12/2007, have petitioned the court to receive the total amount of $792.33, which is the sum of all monies deposited with the Court by the case trustee on behalf of the creditor Sears, Roebuck & Co.

3. After further review, it is my understanding that Sears, Roebuck & Co. is no longer correct owner of the unclaimed funds. Therefore, Dilks & Knopik, LLC, as Attorney-in-fact for Sears, Roebuck and Co., would like to withdraw our Application for Payment of Unclaimed Funds, which was filed with the US Bankruptcy Court, Middle District of Florida on 6/12/2007 (Docket # 29).

Date executed by Petitioner May 6, 2008

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-fact for Sears, Roebuck and Co.
28431 SE Preston Way
PO Box 2728
Issaquah, WA 98027-0125
(425) 836-5728
Tax ID: 74-3049851

Sworn and subscribed to, before me
this ___6___ day of __may__, 20_08_

Caryn M. Dilks
Notary Public for State of Washington,

Commission Expires: July 29, 2010

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

In re  |  Bankruptcy Case 03-05987-3

Bonnie Louise Lutz  |  Chapter 7

Debtor.

## CERTIFICATE OF SERVICE

The undersigned, Brian J. Dilks of Dilks & Knopik, LLC of 28431 SE Preston Way, Issaquah, WA 98027 hereby certifies:

That on May 6, 2008, I served a copy of the foregoing Application to Withdraw Petition for Payment of Unclaimed Funds, upon the parties listed below by First Class Mail or Electronic Mail:

U.S. Attorney
Attn: Civil Procedures Clerk
400 N .Tampa Street, Ste 3200
Tampa, FL 33602

U.S. Trustee
501 E. Polk Street, Suite 1200
Tampa, FL 33602

Sears, Roebuck and Co.
Doug Johnson  Audit/Escheat Manager
4849 Greenville Ave. Suite 1000
Dallas, TX 75206

Lisa C Cohen
Attorney for Debtor
4010 Newberry Road, Suite G
Gainesville, FL 32607

Doreen Abbott
Case Trustee
P.O. Box 56257
Jacksonville, FL 32241-6257

Executed: May 6, 2008

By: _____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-fact for Sears, Roebuck and Co.
28431 SE Preston Way
PO Box 2728
Issaquah, WA 98027-0125
(425) 836-5728
Tax ID: 74-3049851

# DILKS & KNOPIK, LLC

"When Success Matters"

May 6, 2008

United State Bankruptcy Court
Middle District of Florida
Attn: Financial Administrator
300 North Hogan Street
Jacksonville, FL 32202

RE: Application to Withdraw Petition for Unclaimed Funds

Dear Financial Administrator:

Enclosed, please find an Application to Withdraw Petition of Unclaimed Funds. This is from the Bankruptcy of Bonnie Louise Lutz and Case No. 03-05987-3.

Thank you for your attention to this matter.

Sincerely,

Brian J. Dilks
Managing Member

28431 SE Preston Way
PO Box 2728
Issaquah, WA 98027

Phone (425) 836-5728
Fax (425) 650-9930
Email admin@dilksknopik.com

www.dilksknopik.com