UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

**F I L E D**
JACKSONVILLE, FLORIDA

OCT 2 4 2011

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

RE: )
)
Bonnie Lutz )
)
Debtor(s) )

Case No. 3:03-bk-05987-JAF

Judge - Jerry A Funk

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Dilks & Knopik, LLC, attorney-in-fact for Resurgent Capital Services LP, Claimant, hereby petitions the Court for $740.68, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to, Sears, creditor.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was sent to a Sears. Sears is serviced by Citibank (South Dakota) NA as evidenced by Exhibit F. Citibank sold account # 5121071810459309 to Sherman Acquisition, LLC labeled Portfolio ID #7194 as evidenced by Exhibit A. Sherman Acquisition, LLC transferred portfolio 7194 to its affiliate PYOD LLC also as evidenced by Exhibit A. PYOD LLC is the current owner of these funds as evidenced by Exhibit A, B & C. Resurgent Capital Services LP, as servicer, is authorized to collect on behalf of PYOD LLC, as evidenced by Exhibit D & E. The Bill of Sale included is for the purchase of Portfolio ID #7194 which into Resurgent Capital Services LP system. Lisa Landreth, Manager, Bankruptcy Legal Team of Resurgent Capital Services LP has checked the internal system and has sworn on the penalty of perjury that PYOD LLC is the current owner of these funds. The correct Bill of Sale has been included and the internal records of Resurgent Capital Services LP shows that this specific debt was included in the purchase of Portfolio ID #7194. See also attached explanation of documentation.

The creditor's current mailing address is:

Resurgent Capital Services LP
Lisa Landreth Manager
15 South Main Street
Greenville, SC 29601
Last Four Digits of SSN/TIN: 9845

Dilks & Knopik, LLC now seeks to recover the funds from the Court's Registry. Wherefore, Dilks & Knopik, LLC prays that the Court order that a check in the amount of $740.68 made payable to Resurgent Capital Services LP c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027 be issued form the Courts Registry.

Date: October 18, 2011

Brian J. Dilks
Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027

ANDREW T. DRAKE
COMMISSION EXPIRES
NOTARY
PUBLIC
8-09-15
STATE OF WASHINGTON

Sworn and subscribed to, before me
this ___10th___ day of _October_, 20 _11_

_____

Andrew T. Drake, Notary Public
for State of Washington, County of King
Commission Expires: _August 9, 2015_



# AFFIDAVIT OF FUNDS LOCATOR

I, <u>Brian J. Dilks of Dilks & Knopik, LLC</u>, have obtained the consent of the claimant to make application for the unclaimed funds as provided in this application. I have made all reasonable efforts required to believe to the best of my knowledge that Resurgent Capital Services LP is legally entitled to the unclaimed funds referenced in this application. To the best of my knowledge and belief, the statements set forth in this Application are true and correct and I am familiar with State of Florida requirements for acting in the capacity as a personal representative (or Attorney-in-fact).

Dated <u>October 18, 2011</u>

Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for
Resurgent Capital Services LP

# AFFIDAVIT OF SERVICE ON THE UNITED STATES ATTORNEY

In compliance with 28 USC section 2042, notice is hereby given that on <u>October 18, 2011</u> a <u>copy</u> of the Application for Release of Unclaimed Funds was served on the United States Attorney for the Middle District of Florida by U.S. Mail (postage fully paid) at the following addresses:

U.S. Attorney
Attn: Civil Procedures Clerk
400 N .Tampa Street, Ste 3200
Tampa, FL 33602

Date: October 18, 2011

Brian J. Dilks
Dilks & Knopik, LLC

Sworn and subscribed to, before me
this _18th_ day of _October_ , 20 _11_

Andrew T. Drake, Notary Public
for State of Washington, County of King
Commission Expires: _August 9, 2015_

## CERTIFICATE OF SERVICE OF APPLICATION

Notice is hereby given that on October 18, 2011 a copy of the Application for Release of Unclaimed Funds was served on the following parties for the Middle District of Florida by U.S. Mail at the following addresses:


U.S. Trustee
501 E. Polk Street, Suite 1200
Tampa, FL 33602

Bonnie Lutz
2503 Una Drive
Jacksonville, FL 32216

Doreen Abbott
Case Trustee
PO Box 56257
Jacksonville FL 32241


Notice is further given that on October 18, 2011 a copy of the Application for Release of Unclaimed Funds was served on the following parties for the Middle District of Florida by Electronic Mail at the following addresses:


Lisa C Cohen
Attorney for Debtor
mcourtruff@bellsouth.net


Dated: October 18, 2011

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for
Resurgent Capital Services LP

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

RE: Bonnie Lutz )
 )
 )
 )
_____ )
Debtor(s) )

Case: 03-05987-3

**AUTHORITY TO ACT**
**Limited Power of Attorney**
**Limited to one Transaction**

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Resurgent Capital Services LP** with a tax identification number of **76-0609845**, ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$740.68** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____
Lisa Landreth - Manager

Date _____Sept 27th_____, 20 11

RESURGENT
*Capital Services*

*LISA LANDRETH*
*Manager*

*15 South Main Street*
*Greenville, SC 29601*
*phone 864-248-8372*
*fax 864-248-8790*
*email llandreth@resurgent.com*
*www.resurgent.com*

Affix Corporate Seal Below

VLEDGMENT

STATE OF South Carolina,

COUNTY OF Greenville)

On this 27 day of September, 2011, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) **Lisa Landreth** known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC: Kevin Underwood

Residing at Woodruff, SC 29358

My Commission Expires: 3/09/2019

## AFFIDAVIT OF CREDITOR'S
### Access to claimant's corporate seal

**BE IT ACKNOWLEDGED,** that I Lisa Landreth, the undersigned deponent, belonging to the legal age, do hereby depose and say under the penalty of perjury under the laws of the United States of America that the following statements and information are true and correct to the best of my knowledge and belief:

That I, Lisa Landreth, am the Manager of Resurgent Capital Services LP. My responsibilities include, but are not limited to, the recovery and/or collection of outstanding checks and receivables of Resurgent Capital Services LP and its subsidiaries/acquisitions or affiliates. Resurgent Capital Services LP and its subsidiaries/acquisitions or affiliates have recoveries and/or collection of outstanding checks and receivables collected through its Greenville, SC office. However, I do not have readily access to the Resurgent Capital Services LP corporate seal.

For this reason, it is overly burdensome and, in some cases, may be impossible to provide a corporate seal impression on the documents enclosed in this motion.

I affirm that the foregoing is true, under the penalties of perjury this 7 day of Sept , 20 11

Lisa Landreth
Manager
15 South Main Street

Greenville, SC 29601

STATE OF South Carolina)
COUNTY OF Greenville)

On this 7 day of September , 20 11 before me Lisa Landreth personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the with in instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

NOTARY PUBLIC

Signature clenwood

My commission expires: 3/09/2019

Affiant: Known ✓ or Produced ID _____
Type of ID _____

# AFFIDAVIT OF CREDITOR'S
## PREVIOUS ADDRESS

**BE IT ACKNOWLEDGED,** that I Lisa Landreth, the undersigned deponent, belonging to the legal age, do hereby depose and say under the pains and penalties of perjury as follows:

That I, Lisa Landreth, am the Manager of Resurgent Capital Services LP. My responsibilities include, but are not limited to, the recovery and/or collection of outstanding checks and receivables of Resurgent Capital Services LP and its subsidiaries/acquisitions or affiliates. Resurgent Capital Services LP and its subsidiaries/acquisitions or affiliates have numerous branch addresses, business locations, and payment centers. The addresses of which change and/or are eliminated over time.

For this reason, it is overly burdensome, and may be impossible, to provide documentation to verify the specific address of record.

I affirm that the foregoing is true, under the penalties of perjury this 23 day of August, 20 11

Lisa Landreth - Manager
15 South Main Street
Greenville SC  29601

---

STATE OF South Carolina

COUNTY OF Greenville )

On this 23 day of August, 20 11 before me **Lisa Landreth** personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the with in instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.
**WITNESS** my hand and official seal.

Robin Underwood
Signature

Affiant: Known _____ or Produced ID _____

Type of ID _____

My commission expires: 3/15/2019

NOTARY PUBLIC



# RESURGENT
## *Capital*




I, Lisa Landreth, Manager, Contract Management of Resurgent Capital Services, currently do not have a business card. In lieu of this, I have provided a copy of my driver's license and Resurgent Capital Services employee identification card.

The above copies of South Carolina driver's license and Resurgent Capital Services employee identification card in the name of Lisa Landreth are true and exact copies of the originals.

Lisa Landreth
Resurgent Capital Services
Manager, Contract Management

State of South Carolina:
County of Greenville:

On _____ 2010 _____, before me Robin Underwood, personally appeared Lisa Landreth, personally known to me as the person whose name is subscribed above.

Robin Underwood
Notary Public
My Commission Expires 3-09-2019

# Statement of Authority

The undersigned being first duly sworn and states that Lisa Landreth is the Manager of Contract Management and is authorized to execute and deliver all documents pertaining to the recovery of Unclaimed, Lost or Abandoned Property owing to Resurgent Capital Services LP or the companies it services. Lisa Landreth is further authorized to execute claim documents on behalf of Resurgent Capital Services LP, or the companies it services, as required for any and all claim(s) submitted for Unclaimed, Lost or Abandoned Property.

By: _(Sherrie Emerson)_____  Dated____9/6/11_____

Sherrie Emerson – Senior Director

STATE OF <u>South Carolina</u>,     COUNTY OF <u>Greenville</u>

On __September 06, 2011_____ before me, personally appeared _Sherrie Emerson,_

<u>Sherrie Emerson</u> personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_Robin Underwood_____
Notary Public

My commission expires on _3/09/2019_____

## BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT

THIS BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT is dated as of October 31, 2006 between Citibank (South Dakota), N.A., a national banking associations organized under the laws of the United States, located at 701 East 60th Street North, Sioux Falls, SD 57117 (the "Bank") Sherman Acquisition LLC ("Buyer"), a Delaware limited liability company, with its principal place of business located c/o Sherman Capital Markets LLC, 200 Meeting Street, Charleston, SC 29401 ("Buyer").

For value received and subject to the terms and conditions of the Purchase and Sale Agreement dated October 31, 2006, between Buyer and the Bank (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, and to Buyer's successors and assigns, the Accounts described in Section 1.2 of the Agreement.

This Bill of Sale Assignment and Assumption Agreement is executed without recourse and without representations or warranties including, without limitation, warranties as to collectibility.

Citibank (South Dakota), N.A.

By: ___DOUGLAS C. MORRISON, VP___

Name: ___

Title: ___

Sherman Acquisition LLC

By: _____
       (Signature)

Name: ___Alan M Schaible___

Title: ___Authorized Signatory___

Exhibit ___A___

## AMENDED BILL OF SALE
### ASSIGNMENT AND ASSUMPTION AGREEMENT

THIS AMENDED BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT is dated as of October 31, 2006, between Citibank (South Dakota), National Association, a national banking association organized under the laws of the United States, located at 701 East 60th Street North, Sioux Falls, SD 57117 (the "Bank") and Sherman Acquisition LLC ("Buyer"), a Delaware limited liability company, with its principal place of business located c/o Sherman Capital Markets LLC, 200 Meeting Street, Charleston, SC 29401.

For value received and subject to the terms and conditions of the Purchase and Sale Agreement dated October 31, 2006, between Buyer and the Bank (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, who simultaneously transfers the Accounts to LVNV Funding LLC ("Subsequent Buyer"), and to Buyer's successors and assigns, the Accounts described in the attached Exhibit 1.

Bank hereby stipulates that Subsequent Buyer may be substituted for Bank as the valid owner of the Accounts and hereby irrevocably waives any and all notice, hearing requirements imposed by or right to object under Bankruptcy Rule 3001(e)(2) or otherwise.

This Amended Bill of Sale, Assignment and Assumption Agreement is executed without recourse and without representations or warranties including, without limitation, warranties as to collectibility, all as more specifically set forth in the Agreement.

Citibank (South Dakota), N.A.

By: _____
(Signature)

Name: DOUGLAS C. MORRISON VA
CitiCards
Chief Fin. Officer/B & T Finance
0000891879
Sioux Falls, SD
(605) 331-2626

Title: _____

Date: _____

Sherman Acquisition LLC

By: _____
(Signature)

Name: Lawit M Schable

Title: Authorized Signatory

Date: _____

Exhibit _A_

## SALE AND ASSIGNMENT

LVNV Funding LLC ("LVNV"), without recourse, to the extent permitted by applicable law, hereby transfer, sells, assigns, conveys, grants and delivers to Sherman Acquisition LLC ("Acquisition") all of its right, title and interest in and to the Receivables and other assets purchased by LVNV on May 19, 2009, identified on the Receivables File dated 5/19/09 that is hereby delivered to Acquisition and accompanies this Sale and Assignment.

Acquisition, without recourse, to the extent permitted by applicable law, hereby transfer, sells, assigns, conveys, grants and delivers to PYOD LLC ("PYOD") all of its right, title and interest in and to the Receivables and other assets purchased by PYOD on May 19, 2009.

Dated:  May 19, 2009

LVNV Funding LLC
a Delaware limited Liability company

By: _____
Name: Les Gutierrez
Title:  Authorized Representative

Dated:  May 19, 2009

SHERMAN ACQUISITION LLC
a Delaware limited liability company

By: _____
Name:  Scott Silver
Title:  Authorized Representative

Dated:  May 19, 2009

PYOD LLC
a Delaware limited liability company

By: _____
Name: Les Gutierrez
Title:  Authorized Representative

Exhibit A

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida

RE: )
                 ) Case: 03-05987-3

Bonnie Lutz )                **AFFIDAVIT**
                 )

Debtor(s) )

DEBTOR: Bonnie Lutz
ORIGINAL CREDITOR: Sears
ACCOUNT NUMBER: 5121071810459309

I, Lisa Landreth, Manager of Resurgent Capital Services LP under the penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct to the best of my knowledge:

1. I request an order releasing the total amount of $740.68, which is the sum of all monies deposited with the court in the name of Sears now currently owing to PYOD LLC.

2. PYOD LLC purchased the above referenced account.

3. PYOD LLC is the current and rightful owner of the above referenced account and this claim has not been sold or assigned. It is still the property of PYOD LLC.

4. I have checked Resurgent Capital Services LP internal system and have found that the above referenced account is due and owing to Resurgent Capital Services LP as owner or as servicer.

5. Attached is a true and accurate duplicate of Resurgent Capital Services LP account page, printed from Resurgent Capital Services LP account information system. This account print out shows this specific account is presently serviced by Resurgent Capital Services LP.

The accounts purchased are referenced on a CD-ROM disc and not on in paper form. The attached account print out is imported data from the CD-ROM referenced in the purchase agreement. Because it would be impossible to submit the CD-Rom disc as evidence it is overly burdensome and may be impossible to provide paper documentation verifying the specific account.

I pray that the court will accept this affidavit as proof that Resurgent Capital Services LP is the owner/servicer of this account and authorized to collect the unclaimed funds.

Dated _9/27/11_      By: _Lisa Landreth_
                             Lisa Landreth, Manager

STATE OF South Carolina,             COUNTY OF Greenville

On _Sept 27, 2011_ before me, personally appeared (insert name of the signer) **Lisa Landreth** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_Robin Underwood_
Notary Public
My commission expires on _____

(SEAL)

Exhibit B



## Account Detail

| Acct ID: 194262774 | Portfolio ID: 7194 | Account Status: BK - Potential |
|---|---|---|
| Acct Number: 5121071810459309 | | Collection Status:BAN |

## Account Balance

| Principal Balance: 10993.96 | Cost Balance: 0.00 |
|---|---|
| | Total Current Balance: 10993.96 |
| Atty Balance: 0.00 | |

## Collection Effort

| Last Letter Date: | Last Call Date: | Last Skip Date: |
|---|---|---|

## GLB

This account has not been opted out.

## Cubs Data

No CUBS data exists.

## Additional Account Data

| Last Pmt Date: 1/9/2003 | Current Owner: PYOD LLC | Last Purchase Date: 12/3/2002 |
|---|---|---|

Exhibit _C_



| | | |
|---|---|---|
| Last Pmt Amt: 50.00 | Total NSF and Rev Txns: | Last Purchase Amt: |
| Last NSF Amt: | Purchase Date: 10/31/2006 | |
| Last NSF Date: | Out of Statute Date: 9/23/2006 | Net Pmt Amt: |
| Total Pmt Txns: | Date of first Delinq: 9/23/2002 | Funding Date: 10/1/2010 |
| Chg Off Date: 9/23/2003 | | Funding Source: Not Financed |
| Chg Off Balance: 10993.96 | Product Source: Citibank | Misc Data 1: MCSG |
| Orig Placement Balance: 10993.96 | Original Merchant: | Misc Data 2: RTSL |
| | CCA Proposed Pmt: | Misc Data 3: 9/12/2006 |
| Origination Date: 8/1/1997 | CCA Phone: | Misc Data 4: job8a |
| Sold To SFG By: Citibank | | CCA Accepted Pmt: |
| CCA Number: | | |
| CCA Start Balance: | | |

**Legal**

Judgment and Law suit information can now be found on the Legal tab.
Updates to the legal data will be handled by Inventory Management.

**Collateral**

No Collateral for Account

Exhibit __C__

# PYOD LLC
## 625 Pilot Road, Suite 5
## Las Vegas, NV 89119

March 11, 2009

W. Russ Dilks
Dilks & Knopik LLC
28431 SE Preston Way
P.O. Box 2728
Issaquah, WA 98027

        Re:    PYOD LLC
                 Resurgent Capital Services L.P.

Dear Mr. Dilks:

      This is to confirm that Resurgent Capital Services L.P. is authorized to service accounts owned by PYOD LLC, including the filing of claims and motions in bankruptcy court.

      If you have any questions or need anything else, please contact the undersigned.

Sincerely,

Kevin Branigan
President

Exhibit _2_

JUL 9 - 2009

DATE_____
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF DOCUMENT ON FILE IN THIS OFFICE

*Timothy L. Harvey*
REGISTER OF DEEDS, GREENVILLE COUNTY

2009055267  P/ATTY
          2 PGS
Book:DE 2359  Page:2118-2119

July 09, 2009  12:49:31
Rec:$15.00    Cnty Tax:$0.00    State Tax:$0.00

FILED IN GREENVILLE COUNTY,SC

## Limited Power of Attorney

WHEREAS PYOD LLC ("Grantor") has retained the services of Resurgent Capital Services LP ("Servicer") to service, liquidate and manage accounts receivable on behalf of the Grantor and hereby issues this Power of Attorney in favor of Servicer.

Now, therefore, Grantor does hereby constitute and appoint Servicer and it's officers, designated employees and servants (collectively referred to as "Resurgent") as Grantor's true and lawful Attorney-in-fact and hereby authorizes Resurgent to act in the Grantor's name, place and stead as fully and with the same effect as if Grantor were present and acting on it's own behalf for the following limited purposes:

1. Executing, acknowledging and delivering any Assignment of Mortgage, Note, Title, Judgment, Financing Statement or any other instrument necessary to transfer to and vest in Resurgent or its nominee or to protect the rights, title and interest of Resurgent in and to any account serviced by Resurgent on behalf of Grantor;
2. Conducting foreclosure or repossession actions;
3. Endorsing, as agent of Grantor, any checks or other instruments made payable to Grantor and received as payment with respect to any account;
4. Executing any document or instrument needed to release, satisfy, convey, or assign any lien, security interest or account;
5. Signing claims and notices of transfers of claims regarding any account;
6. Executing any document or instrument needed to market, sell, or transfer ownership of property owned as a result of foreclosure, receipt of quit-claim deed, surrender or other form of repossession of any collateral securing accounts serviced by Resurgent on behalf of Grantor; and
7. Executing any document or instrument and authorizing any action that is proper or necessary in asserting, protecting or realizing the Grantor's ownership rights in any account or prosecuting the Grantor's ownership duties.

Grantor further grants to Resurgent, as its attorney-in-fact, full authority to act in any manner both proper and necessary to effectuate and execute the foregoing powers, and ratifies every act that Resurgent may lawfully perform in exercising those powers by virtue thereof.

IN WITNESS THEREOF, Grantor has executed this Limited Power of Attorney on this __31__ day of __July__, 2008.

PYOD LLC
By: _Kevin Branigan_
Name: _Kevin Branigan_
Title: _President_

Resurgent Capital Services LP
By: _Michael_
Name: _Michael A. Fenton_
Title: _Senior Vice President_

Exhibit __2__

Witnessed by: _Luke Christoffer_
Name: _Luke Christoffer_

Witnessed by: _David U Clayton_
Name: _David U Clayton_

STATE OF South Carolina
COUNTY OF Greenville

On this, the _31st_ day of _July_____, 2008, the foregoing instrument was acknowledged before me, a notary public, in and for the State of _SC_____ by the parties hereto, personally known to me, by me duly sworn, did say that each was a duly authorized signatory for their respective entities.

_Danette M. Stovall_
Notary Public
My Commission Expires _7/30/2013_

Exhibit _E_

# sears outlet

New, one-of-a-kind, out of carton, discontinued, used, reconditioned, scratched and dented merchandise.



for more great deals and special promotions
**shop online at searsoutlet.com**
september 1 thru september 14, 2011
## 30-70% off everything

# Labor Day Specials



## 30-50% off
Refrigeration



## 35% off
All Kenmore high-efficiency washers

## 40% off
All Kenmore glass door dryers



## 50% off
all tractor attachments

## 40-45% off
all lawn, garden and zero-turn tractors

## 40% off
all mowers

---

**save 5% on Outlet purchases**
over $399 when you use your Sears card

**OR**

**no interest** for 12 months
on any Outlet purchase over $399 with your Sears card

Interest will be charged to your account from the purchase date if the purchase balance is not paid in full within 12 months or if you make a late payment. Offer good thru 9-14-11. Available in-store only. See below for important Deferred Interest Details.

---

**35-40% off** all Kenmore free standing, drop-in and slide-in ranges

**50% off** all built-in cooking including wall ovens, over-the-range microwaves and cooktops

**40% off** all Fisher & Paykel and DCS reconditioned refrigerators and cooking appliances

**35-40% off** all Kenmore dishwashers

**70% off** all mattresses and box springs Excludes Sealy Great Values.

**60% off** new Sealy mattresses and box springs Available in select stores only.

**50% off** all patio furniture and grills

**50% off** all powered lawn & garden tools

---

## crazy deals of the week

**save 50%** $19.99 now
Hamilton Beach multi-tool can opener
Reg. $39.99 #28056



**save 60%** $39.99 now
Bluetooth keyboard for iPad
Reg $99.99 #80399



**save 55%** $17.99 now
Crock-Pot 4-quart round slow cooker
Reg. $39.99 #97719



**save 50%** $29.99 now
Tactix 3-drawer ball bearing steel tool chest
Reg $59.99 #7094



### all apparel
## $9
and under
Excludes outerwear, home fashions, home goods and footwear.

*Savings off regular retail price. Excludes Fisher & Paykel (New-In Box), DCS (New-In Box), Elba, special purchases, Great Values and accessories Limited to stock on hand ©2011 Sears Brands LLC.
**IMPORTANT DEFERRED INTEREST DETAILS (when offered): Interest will be charged to your account from the purchase date if the purchase balance is not paid in full within the promotional period or if you make a late payment. With credit approval, for qualifying purchases made on a Sears card (Sears Commercial One® accounts excluded) Sears Home Improvement Account℠ valid on installed sales only. Offer is only valid for consumer accounts in good standing and is subject to change without notice. May not be combined with any other promotional offer Sears cards As of 5/02/2011, APR for purchases Variable 7.24%-27.24% or non-variable 14.00%-29.99%. Minimum interest charge, up to $2. An Annual Membership Fee of up to $59 may apply See card agreement for details. Sears cards are issued by Citibank (South Dakota), N.A. Sears Solutions cards are issued by HSBC Bank Nevada, N.A.



Whirlpool · KitchenAid · FRIGIDAIRE · Fisher-Paykel · JENN-AIR · LG · SAMSUNG · SONY · CRAFTSMAN · Husqvarna · PRO FORM · NordicTrack

Exhibit ___F___

| UNITED STATES BANKRUPTCY COURT  MIDDLE  District of  FLORIDA | PROOF OF CLAIM |
|---|---|

| Name of Debtor  **BONNIE LUTZ** | Case Number  **03-05987 JAF** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):

Sears, Roebuck and Co. for itself and as servicing agent for any entity having an interest in the receivable evidenced by this Proof of Claim.

Name and Addresses Where Notices Should be Sent:
Sears Roebuck and Co.
P.O. Box 3671
Des Moines, IA 50322
Telephone No. 1-800-669-4459 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court. |
|---|---|

**F I L E D**
JACKSONVILLE, FLORIDA
**SEP 22 2003**
CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
This Space is for Court Use Only

| Account or other number by which creditor identifies debtor:

5121 0718 1045 9309 | Check here ☐ replaces

if this claim ☐ amends   a previously filed claim, dated: |
|---|---|

**1. Basis for Claim**

| ☐ Goods sold | ☐ Retiree benefits as defined in 11 U.S.C. §1114(a) |
|---|---|
| ☐ Services performed | ☐ Wages, salaries, and compensations (Fill out below) |
| ☒ Money loaned | Your SS # _____ |
| ☐ Personal injury/wrongful death | Unpaid compensation for services performed |
| ☐ Taxes | from _____ to _____ |
| ☐ Other | (date)      (date) |

| **2. Date debt was incurred:**  08/01/1997 To Present | **3. If court judgment, date obtained:** |
|---|---|

**4. Total Amount of Claim at Time Case Filed:**                $10,993.96
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:

☐ Real Estate    ☐ Motor Vehicle
☐ Other_____

Value of Collateral: $0.00 @ _____ % per annum

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6.   Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority  $_____
Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(3).
☐ Contributions to an employee benefit plan - U.S.C.  §507(a)(4).
☐ Up to $2,100* of deposits toward purchase, lease or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse or child - 11 U.S.C. §507(a)(7).
☐ Taxes or penalties of governmental units - 11 U.S.C. §507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. §507(a)(__).
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7.  Credits:** The amount of all payments on this claim has been credited and debited for the purpose of making this proof of claim.
**8.  Supporting Documents:**  *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**9.  Date-Stamped Copy:**    To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only

| Date

9/17/03 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

BANKRUPTCY ASSOCIATE
BARBARA MIDDLETON |
|---|---|

*Penalty for presenting fraudulent claim:*   Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§152 and 3571.

**SEARS**
P.O. Box 3671
Des Moines, IA 50322


U.S. BANKRUPTCY COURT
311 W MONROE ST, RM 206
P.O. BOX 559 32201
JACKSONVILLE FL 32201-0000

Date: September 16, 2003
Bankruptcy No.: 03-05987 JAF
Chapter: 7


## STATEMENT OF ACCOUNT


BONNIE LUTZ
2503 UNA DR
JACKSONVILL FL 32216

Account No.: 5121 0718 1045 9309
Date Account Opened: Aug 01, 1997


Account Balance as of Date of Bankruptcy Filing:    $10,993.96


**Direct all inquiries to:    1-800-669-4459**

# EXPLANATION OF DOCUMENTATION

Photo Identification: Photo Identification of Lisa Landreth, Manager Contract Management, Resurgent Capital Services LP

Statement of Authority: Authority signed by another officer of Resurgent Capital Services attesting to Lisa Landreth authority to sign on behalf of Resurgent Capital Services to collect unclaimed funds.

Exhibit A: Bill of Sale signed by Citibank selling accounts to Sherman Acquisition, LLC and transfer and Assignment transferring accounts from Sherman Acquisition, LLC to PYOD, LLC

Exhibit B: Affidavit regarding Resurgent Capital Service's ownership of the debtor's account previously owned by Sears or Citibank.

Exhibit C: Resurgent Capital Services' internal report matched the debtors account number to Resurgent Capital Services, LP, which currently holds the rights to collect on this amount. This internal report shows PYOD, LLC as the current owner of portfolio 7194.

Exhibit D: Letter from PYOD, LLC stating Resurgent Capital Services, LP as servicer has the authority act on behalf of PYOD, LLC.

Exhibit E: Power of Attorney granting Resurgent Capital Services, LP as servicer and for the authority act on behalf of PYOD, LLC.

Exhibit F:  Document showing sears is serviced by Citibank

Proof of Claim: Proof of Claim filed by Sears showing accounts numbers correspond with Resurgent Capital Services, LP records.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

RE:                          )
                             )      Case No. 3:03-bk-05987-JAF
        Bonnie Lutz          )
                             )      Judge - Jerry A Funk
                Debtor(s)    )

## ORDER DIRECTING RELEASE OF UNCLAIMED FUNDS

This case came before the Court upon the motion filed by Dilks & Knopik, LLC
as Attorney-in-fact for Resurgent Capital Services LP, a party in the above referenced
case, for release of funds being held in the Court's registry account of unclaimed funds.
Upon consideration the Court finds that the party has furnished all necessary
documentation and otherwise has complied with the requirements for release of the
unclaimed funds.

IT IS ORDERED that the motion is granted and that the Clerk of Court shall pay
the unclaimed funds in the amount of $740.68 to Resurgent Capital Services LP and
Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027.


Dated: _____          _____
                                  Jerry A. Funk
                                  United States Bankruptcy Judge



Copy furnished to Financial Administrator
United States Attorney

# DILKS & KNOPIK, LLC

"When Success Matters"

October 18, 2011

United State Bankruptcy Court
Middle District of Florida
Attn: Financial Administrator
300 North Hogan Street
Jacksonville, FL 32202

RE: Application for the Release of Unclaimed Funds

Dear Financial Administrator:

I am applying to the US Bankruptcy Court, Middle District of Florida for the release of the unclaimed monies due and owing to Sears for the amount of $740.68. This is from the bankruptcy of Bonnie Lutz and Case No. 3:03-bk-05987-JAF.

If you have any questions or require any further information, I can be reached at 425-836-5728. Thank you for your attention to this matter.

Sincerely,

Brian Dilks
Managing Member

1760 Newport Way NW    Phone  (425) 836-5728
PO Box 2728            Fax    (425) 650-9930
Issaquah, WA 98027     Email  admin@dilksknopik.com

www.dilksknopik.com